

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Taureaus Alvaro Maxwell, Appellant

No. 06-24-00161-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2023F00135). Panel consists of Chief Justice Stevens and Justices van Cleef and Morriss.* Memorandum Opinion delivered by Justice van Cleef.   *Chief Justice Morriss, III, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Taureaus Alvaro Maxwell, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 14, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk